ACCEPTED
04-15-00478-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/21/2015 6:06:30 PM
KEITH HOTTLE
CLERK

**No. 04-15-00478-CV**

**IN THE COURT OF APPEALS
FOURTH DISTRICT
SAN ANTONIO, TEXAS**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/21/2015 6:06:30 PM
KEITH E. HOTTLE
Clerk

**MOHICAN OIL & GAS, LLC, and MOG PRODUCING, LP,**

*Appellants/Defendants,*

**VS.**

**CONOCOPHILLIPS COMPANY,**

*Appellee/Plaintiff.*

On Appeal from the 49th Judicial District Court
Webb County, Texas
Judge Joe Lopez

**APPELLEE'S RESPONSE TO APPELLANTS'
SECOND MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF**

December 21, 2015

**GRAY REED & MCGRAW, P.C**.

Darin L. Brooks
Texas Bar No. 00796252
dbrooks@grayreed.com
John G. George, Jr.
Texas Bar No. 24051944
jgeorge@grayreed.com
Meagan W. Glover
State Bar No. 24076769
mglover@grayreed.com
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056-3000

3061235.1

Telephone: (713) 986-7228
Facsimile: (713) 986-7100

**ATTORNEYS FOR APPELLEE/PLAINTIFF
CONOCOPHILLIPS COMPANY**

Appellee ConocoPhillips Company (ConocoPhillips) files this response to the Second Motion of Appellants Mohican Oil & Gas, LLC, and MOG Producing, LP, (Appellants) to Extend Time to File Appellants' Brief.

1.     The Appellants' original deadline to file their brief was November 23, 2015. On November 18, the Appellants filed a motion to extend time to file their brief, claiming an additional 30 days was needed because of proceedings in the underlying trial court, "work on other cases," and the birth of the lead counsel's child. The Court granted the Appellants' motion, making the current deadline to file the Appellants' brief December 23.

2.     On December 18, the Appellants contacted ConocoPhillips and asked if it would agree to an additional 16-day extension, claiming additional time is needed because of a hearing held on December 1 in the underlying trial court and the illness of the father of John Newman, the Appellants' representative. ConocoPhillips responded that it opposed an additional 16-day extension.

3.     As explained by ConocoPhillips in its response to the Appellants' first motion to extend time to file their brief, ConocoPhillips normally does not oppose

2

reasonable extensions of time. However, the Appellants' repeated requests for extensions on the eve of deadlines with often implausible excuses established a clear pattern of excuse and delay during the proceedings in the trial court—and now in the appellate court.

4. As with the Appellants' first motion to extend time to file their brief, although ConocoPhillips is sympathetic to some of the Appellants' reasons in its second motion to extend time, the implausible excuses outweigh the seemingly legitimate ones (the illness of John Newman's father), leading ConocoPhillips to believe that the Appellants' second motion is yet another delay tactic.

5. Because the Court has already granted a 30-day extension, and given the Appellants' established pattern of excuse and delay, ConocoPhillips respectfully requests the Court deny the Appellants' second motion to extend time to file their brief. In the event that this Court is inclined to grant Appellants' second motion to extend time to file their brief, then ConocoPhillips respectfully requests that the Court order that no further extensions will be allowed for Appellants to file their brief.

Respectfully submitted,

**GRAY, REED & MCGRAW, P.C.**

By: /s/ Darin L. Brooks
    Darin L. Brooks

3

Texas Bar No. 00796252
dbrooks@grayreed.com
John G. George, Jr.
Texas Bar No. 24051944
jgeorge@grayreed.com
Meagan W. Glover
State Bar No. 24076769
mglover@grayreed.com
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056-3000
Telephone:  (713) 986-7228
Facsimile:   (713) 986-7100

**ATTORNEYS FOR APPELLEE/PLAINTIFF
CONOCOPHILLIPS COMPANY**

3061235.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2015, a true and correct copy of the forgoing instrument was served on all counsel-of-record via facsimile and the Court's electronic filing service.

*/s/ Darin L. Brooks*
Darin L. Brooks

5

3061235.1